## BRIAN STANFORD *v.* COMMISSIONER OF CORRECTION
### (AC 16622)

Lavery, Landau and Spear, Js.

Argued December 2—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

## JANET FRANCO *v.* KENNETH FRANCO
### (AC 16547)

Schaller, Hennessy and Spallone, Js.

Argued December 8—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

## JOHN CONSOLI *v.* CYNTHIA CONSOLI
### (AC 16811)

Lavery, Spear and Healey, Js.

Argued December 9, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.

## GERRITY COMPANY, INC. *v.* PACE CONSTRUCTION, INC., ET AL.
### (AC 16632)

Foti, Landau and Daly, Js.

Submitted on briefs December 8, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.